IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,** § § § | |
| Plaintiff, § | Case No: 1:21-cv-10638-WGY |
| § | |
| vs. § | PATENT CASE |
| § | |
| **GURTAM, INC.,** § § | |
| Defendant. § § § | |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Social Positioning Input Systems, LLC, and Defendant Gurtam, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: June 21, 2021          Respectfully submitted,

    Attorneys for Plaintiff
    Social Positioning Input Systems, LLC

    */s/* Brendan M. Shortell
    Brendan M. Shortell (BBO# 675851)
    Lambert Shortell & Connaughton
    100 Franklin Street, Suite 903
    Boston, MA 02110
    Telephone: 617.720.0091
    Facsimile: 617.720.6307
    shortell@lambertpatentlaw.com

    Attorneys for Defendant
    Gurtam, Inc.

    */s/* Susan G. L. Glovsky

    **HAMILTON BROOK**
    **SMITH REYNOLDS**
    Dated: June 4, 2021 /s/ Susan G. L. Glovsky
    Susan G. L. Glovsky
    155 Seaport Boulevard
    Boston, MA 02210
    617-607-5900
    Susan.Glovsky@hbsr.com
    *AND*
    Kent E. Baldauf, Jr. (*PHV Forthcoming*)
    Bryan P. Clark (*PHV Forthcoming*)
    **THE WEBB LAW FIRM**
    One Gateway Center
    420 Ft. Duquesne Blvd., Suite 1200
    Pittsburgh, PA 15222
    412.471.8815
    412.471.4094 (fax)
    kbaldaufjr@webblaw.com
    bclark@webblaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on June 21, 2021 and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                          */s/* Brendan M. Shortell
                                          **Brendan M. Shortell**

SO ORDERED this _____ day of _____, 2021.

                                          _____
                                          **UNITED STATES DISTRICT JUDGE**